H. S. SMITH, et al., v. S. L. DITTO.

169 So. 924.

Division B.

Opinion Filed September 21, 1936.

*Stewart & Presson,* for Appellants;

*E. Dixie Beggs,* for Appellee.

PER CURIAM.—The appeal brings for review final decree in suit to foreclose a mortgage.

There are assignments of error and cross assignments of error.

The real question involved is simply whether or not there is substantial evidence to support the decree, which question we must answer in the affirmative and affirm the decree.

It is so ordered.

Affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.